JOHNNY CHOINSKI, CDCR # T-70003
      C.R.C
    STATE PRISON
P.O. Box 1841
NORCO, CALIF. 92860

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOHNNY CHOINSKI,                    NO. CV14-6610

      COMPLAINANT, AFFIANT,

VS.                                 AFFIDAVIT OF INFORMATION

RICHARD M. TEFANK; INTERNAL AFFAIR    FELONIES, HIGH CRIMES AND
GROUP ET. AL.; BRIAN CARR; REYES;     MISDEMEANORS
MICHAEL BERCHEM; ERIC MOSHER;
MAGDALENA FURMANSKI; BRIAN O'HARA;   18 UNITED STATES CODE 4
LINDA K. TRAVIS; DAVE STAUMBAUGH;    FEDERAL RULES CRIMINAL
GORDON OLSON; CATHRINE F. BROUGHAM;  PROCEDURE, RULE 3
JACKIE LACEY; BRENT SMITH; CHARLES
CLAY; JAMES GARISON; SCOTT GOODVIN
BOB B. BOWERS, JR.; JACKOB ADAJIAN;   DEMAND FOR RESOLUTION OF
MICHAEL M. JOHNSON; PAUL L. ABRAMS;  DISPUTE IN COMMERCIAL LAW
MARGARET M. MORROW; MANUEL L. REAL;
LEONARDO ROMERO; VENESSA GOULD;
LEFALL; BARRY M. ORLYN; GEORGE A.
QUEVEDO; RICARDO L. JAUREGUI;
LEONARDO J. KLAIF; RICHARD SHUMSKY;
CHARLIE BECK; SUSAN KAWALA; KELLY
N. KADES; JON SHIBUJA; MICHAEL LIMON
LIDIA J. ROTKIS (CHOINSKI).

            RESPONDENTS.



LODGED
CLERK, U.S. DISTRICT COURT
AUG 2 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS COMPLAINT AND AFFIDAVIT OF INFORMATION DOES NOT ARISE FROM THE
SUBJECT MATTER OF ANY PREVIOUS DISPUTES.

AFFIDAVIT OF INFORMATION

IN SUPPORT OF A

<u>CRIMINAL COMPLAINT</u>

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 2 0 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, Johnny Choinski, Complainant Affiant in the instant matter, am reporting, by AFFIDAVIT, to this Court and the United States Attorney, believed to be the compentent authorities, to which knowledge of criminal actions should be reported. This Affidavit is filed pursuant to 18 United States Code Section 4 (18 USC 4), the FEDERAL RULES OF CRIMINAL PROCEDURE RULE 3. Title 18 (18 USC) Section 4 states:

> "Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conseals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined not more than $500 or imprisoned not more than three years, or both."

Federal Rules of Criminal Procedure Rule 3 states:

> "The complaint is a written statement of the essential facts constituting the offense charged. It shall be made upon oath before a magistrate."

I Johnny Choinski, the Complainant Affiant in the instant matter, herein openly declare and depose that the above named Respondents did knowingly and willfully act and **conspire to oppres, injure, and damage** this Complainant Affiant as herein below set forth, and by evidences set forth in the attached COMMERCIAL AFFIDAVIT sent to the Respondents/Defendants to resolve the disputed issues outside this forum (a consensual mutually entered into voluntary contract by and between Affiant and accused).

The Respondents were previously noticed and warned by the Affiant's "COMMERCIAL AFFIDAVIT, NOTICE OF NON_JUDICIAL PROCEEDINGS, NOTICE AND WARNING OF COMMERCIAL GRACE"(see Exhibit A), to which the Respondents did not answer/rebut, or answered without addressing the demands made, (see Exhibit B,  In said NOTICE AND WARNING the eternal principles of Commercial Law, the underpinnings of all human law and civilization, were clearly and simply set forth and explained (clarification of contractual terms). The above referenced Respondent parties failed to avail themself of the remedies and recourse under Commercial Law to resolve the dispute(s) with this Complainant Affiant in a civil, peaceful and honorable manner.

All of the Affidavits, Notices, and filings, of this Complainant Affiant have been issued as the truth, the whole truth, and nothing but the truth, to the best of my experience, knowledge and belief. The Affidavits I have issued were sworn to as TRUE, CORRECT, and COMPLETE. Said Affidavits have **never been formally rebutted** by affidavits sworn to as TRUE, CORRECT, and COMPLETE by the respective Respondent Parties.

By failing to respond to the Compleinant Affiant, the Respondents are in contractual default. The Respondents have **admitted to and acquiesced to the crimes** which the Complainant Affiant complained about and sought to protect himself from **further abuses.** Their continuing on with the **Wrongful Actions against this Complainant, the accused Respondents are acting in knowlegable and willful criminal assaults against the Complainant** and in knowledgable and willful breach of contract that they opened.

In order for a crime to exist, four elements must exist; First there must be a clearly defined crime or criminal action, Second, there must be a victim Third, that the victim must have been **damages or injured**, and Fourth, the criminal intent must be **established** on the part of the accused. Without proof of all four elements no action can be considered criminal.

**In this matter, the COMPLAINANT AFFIANT IS THE VICTIM**, the Commercial Affidavit sets the complained issues and this Criminal Complaint defines the crimes verifies the actual damages, and the intent was established by proof that the Respondents/Defendants were Noticed and Warned of their wrongs and what was required to right them. Their failing to rebut the Affidavit or prove their own claims, the contractual requirement of this Complainant Affiant's Commercial Afidavit of Notice and Warning, the Respondents/Defendants acted willfully againts this Complainant Affiant.

The Complainant Affiant exercises his unalienable Sovereign Rights against [respondents], a legislative entity, and its officers for a redress of grievances (fraud, extortion, theft, plus other noted wrongs) by this verified Criminal Complaint (California Penal Code Section 740, 806 and 948 et. et.seg.) pursuant the Commarcial instrument of the people known as the Constitution for the State of California, asstated in the Preamble, Article I Section 1, 3, 24; Article II Section 1; Article III Section 5, 6(d);

California Civil Code Section 4,5,22.2; California Penal Code Section 9; California Government Code Section 100,11120,and 1950 as a Sovereign and the parallel section of the Constitution for the United States, United States Codes Title 18, the United State Criminal Code and the Federal Rules of Criminal Procedure.

Therefore, the Complainant Affiant, Johnny Choinski, sets forth to the candid community the abuses of FELONY, HIGH CRIMES and MISDEMEANORS by the Respondents. The above named Respondents, in the instant action have supported actions by willfully and knowingly:

--DENIED A RIGHT to due process of Law. Such denials include but are not limited to the right to work, the right to receive just reward of labors, denying access to the multiple Constitutional rights and specifically acting against the Complainant Affiant under a color of official right. It is a "taking action" denying the right to personal property violative of the provisions of the state Constitutional provisions and under the Fourth and Fifth Amendments to the Constitution for the United States.

The right of due process of law require before any sort of judgment against an individual, that he has had opportunity to defend himself of any accusation or claim, that he has had an opportunity to state his case, and present admissible evidence to support his defense, he has had a proper an d lawful judgment by a jury of his peers, or by a knowledgeable waiver of the right to answer. The [respondents] officials acted against that due process in a CRIMINAL CONSPIRACY TO OBTAIN "WRONGFUL CONVICTION AND SENTENCE", [respondents] are/is therefore guilty of denying the COMPLAINANT AFFIANT Johnny Choinski, every Constitutional protection afforded -- an act of TREASON (defined below), an act of a MIXED DOMESTIC WAR.

DOMESTIC MIXED WAR- A mixed war is one which is made on one side by public authority, and the other by mere private persons. (Black's Law Dictionary 5th. Ed., page 1420). War does not exist merely because of an armed attack by military forces of another nation until it is a condition recognized or accepted by political authority of government which is attaced, either throuth an actual declaration of war or OTHER ACTS DEMONSTRATING SUCH POSITION

-- WAR is the disintegration of peace; Webster's states "a state of hostility, conflict or antagonism, a struggle between opposing forces," not necessarily open violant armed confrontations, although a continued state of disrupted peace by any force could lead to open armed conflict.

The defendants are hereby accused of the following crimes against, and violations of the rights of the people of this CALIFORNIA REPUBLIC. Such rights or obligations are secured, preserved or defined by the Constitution to prevent such abuses by both employer and of government officials by their oaths to support said Constitution (67 CJS, Officers, Section 46, Oaths).

-- MALFEASANCE OF OFFICE. By such wrongful action, these individuals have acted with malfeasance of office in conspiracy with Agents of the LAPD and District Attorneys Office and Private Attorneys, deliberately, knowingly and willfully violating said rights are guilty of misconduct in office, whether public or private.

-- SLAVERY. The civil relation in which one man has absolute power over the life, fortune, and liberty of another. The Respondents have denied the rights to "LIBERTY" earned to the Affiant. The Respondents have absolutely refused to comminicate in GOOD FAITH with the Affiant. They have refused to disclose the **WTHHOLDING EXCULPATORY MATERIAL EVIDENCE** which proved the Affiant INNOCENT. By such actions, these have destroyed the right to life, liberty and due process of Law, reducing the Affiant to the condition of captivity and a SLAVE. As such, these are in fact in violation of the State and Federal Constitutions that abolished slavery.

-- TREASON. Treason is defined as the assault against the authority to whom one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the Constitution, or giving aid and confort to an enemy. Such clearly defined actions by government officers and such private officers who have privileged authority in commerce by the Constitution, in specific connection to the above violation, malfeasance of office along with violating their oath of office and in the related connected activities herein as listed below is nothing short of TREASON, see DOMESTIC MIXED WAR above, and there is no other term or set of terms that accurately define such

activity. [respondents] have willfully violated the basic fundamental principles this Country was founded on, and therefore condoned the acts of TREASON by so-called governmental officials against the Undersigned, making them liable for such acts of TREASON by **refusing to stop such actions against the Complainant Affiant Johnny Choinski, when they had the power and authority to do so after being Noticed** (criminally under Title 18, section 4; civilly under Title 42,section 1983,1985,1986).

I addition to and along with the above cited crimes, the Respondents acting in concert with such so-called government officials conspiracy to complete such acts as listed as follows:

-- FRAUD. Permitting shown and demonstrated acts of fraud and activity participated in a **Scheming Conspiracy of Untruths and misrepresentations to** deceive those who entrusted themselves in dealing in **GOOD FAITH,** while specifically acting in **DELIBERATE BAD FAITH** when such fraud was shown (Cal Penal Code Sec.532;18 USC 1001.

-- EXTORTION. By such actions of Fraud,said Respondents under assumed (usurped) official right and color of office to demand, without any real lawful or proper authority **GIVE WRONGFULLY CONVICTED and SENTENCED COMPLAINANT AFFIANT TO THE STATE PRISON Oficials** as foreign agents (explained below) by use of such misrepresentations and untruths to **RUIN - DESTROY AFFIANT LIFE** under a color and cover of law.

-- GRAND THEFT -- ROBBERY. Respondents, by such action of conspiracy under a color of law and officials right, **USED INTIMIDATION,THREATS,AND BY FEAR AND FORCE OF IMPRISONMENT TO THE WITNESSES AND AFFIANT** (CAL.Code Sec.211; 18 USC 2112).

-- FALSE DOCUMENTS. Fabricating and accepting false documents that are known not to be true or known to be false to falsely condemn the Complainant Affiant under a color of law **WITHOUT BENEFIT OF A LAWFUL TRIAL OR EVIDENTIARY HEARINGS** (Cal.Penal Code Sec.134; 18 USC 1001).

-- **CONSPIRACY.** A confederation of two or more individuals who may not know each other but, by their joint efforts, commit some unlawful or criminal act. Multiple officials,agents and other persons named properly noticed

by the attached COMMERCIAL AFFIDAVITS and un-named who under a color of official right and appearance and color of law **CONTINUED TO PERFORM SUCH ACTS TO CONTINUE TO IMPRISONED ILLEGALLY COMPLAINANT AFFIANT BY FRAUD AND EXTORTION**, for any so-called governmental function. (Cal.Penal Code Sec. 182, California Racketeering Act -- Cal.Penal Code Sec.186; 18 USC 241, Federal Racketeering Act,18 USC 1961 et.seq.)

-- **RACKETEERING.** Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of **PATTERNED CRIMINAL ACTIONS** that includes but not limited to an act or **thread of murder,kidnapping,gambling,arson, and as in the instant case robbery,bribery,extortion,fraud,slavery,etc.**

The explanation of crimes above stem from other **HIDDEN CRIMES BEING FORCED** upon the Complainant Affiant and the people of this Califonia Republic. Such crimes and this Affidavit of Information is filed in the overall context of the Bankrupcy of the UNITED STATES.

The U.S. Attorney General is the "permanent member" to the Secretariat of the Interpol Operation, and the Secretary of Treasury the "alternate permanent member". Under Article 30 of the "Constitution and General Regulation of Interpol", 22 USC 263(a), the agents are required to renounce their allegiance to their respective countries and expariate.

Consequently,ALL "public servants," officials,Congressmen,politicians, judges,attorneys, law enforcement personnel, the State and their various agencies,are express agents of the <u>Foreign Principals</u> who have bankrupted and <u>Stolen</u> the United States through the paper money banking swindle and others frauds and treacheries.

Under trappings of "DEMOCRACY", THE FLAG, "LAW AND ORDER,"the Constitution etc., Americans and legal emigrants have been duped into administering and submitting to their own subjugation, bankrupcy,enslavement,and the elimination of their rights,freedom and country. The people have been reduced to peonage and involuntary servitude under a fraudulent, tyranincal, and seditious foreign oligarchy whose express intent is to institute and establish a dictatorship over the people and their posterity through a private commercial ONE-WORLD-Government (i.e., "THE NEW WORLD ORDER").

These Foreign Principals, through the knowing and unknowing complicity of their Agents, have completely DESTROY JUSTICE SYSTEM, debauched the monetary system _National Geographic,January 1993,THE POWER OF MONEY,page 83), declaring war on and against the people,aided and abetted the enemies of the American people and their posterity,incited rebellion and ANARCHY within the de jure society,taken false oaths,entered into seditious foreign agreements,pacts,confederations,treaties,and allinces,and under a pretense of offices of alien allegiance (TREASON) to perpetuate their plunder, conquest,and subjugation of what was once concidered "the last great hope of Human Freedom."

These ARE TRULY GUILTY OF SEDITION AND TREASON against the CONSTITUTION and declared a domestic mixet war against the people of the United States "Silent Weapons for Quiet Wars,a Manual for Silent Weapons System,"1980 Article of Scientific American, The World Economy of the Year 2000.)

**THEREFORE**, the respondents are Guilty of the above crimes in acting in "CARAVAN OF CONSPIRACY" with such agents of foreign powers to further injur,ruin destroy another individual Johnny Choinski the undersigned, by such activity. TO WIT, the above named officers of [respondents] did WILLFULLY AND UNLAWFULLY:

**COUNT 1:** On or about August 22,2000, accepted and honored a False Documents (California Criminal Code Section 125, unqualified statement, a felony; Title 18 USC 1001) of undocumented,unproven liability, shown to be false by the Complainant Affiant Johnny Choinski, to take his freedom without due process of law. California Penal Code Section 182 (4),(5), Criminal Conspiracy,Sec.186, Racketeering, Title 18,Sec.241,1961,1962.

**COUNT 2:** In accepting and honoring false documentation, [respondents], specifically and willingly conspired with LAPD, L.A.District Attorneys Office and L.A. City Officials to illegally kidnapp and send for long time to prison Johnny Choinski (expansion but seperate count of count 1) denying Johnny Choinski the rights of Due Process of Law for any action against him. The rights denied,violated or trespassed are enumerated below Each action -- denial,violation or trespass, is a separate high crime or misdemeanor, brouth together in this count as violations against the Constitution of United States. The penalty is defined under Title 18 USC Section 3571 individually listed for subtotal tally as to the civil

damages sustained by such criminal actions. RIGHTS OF THE SOVEREIGN
DENIED OR VIOLATED (100,000 each denied,violated or trespassed right
listed as a misdemeanor, 18 USC 3571 defined as a felony is $250,000 for
each trespass,denial or violation) secured,preserved and protected by the
California Constitution and parallel section of the Constitution for the
United States:

*1.ART I SECT I: Denied right of liberty

*2.ART I SECT I: Denied right of acquiring property,(property given
  directly to a foreign agent without due process of law)

*3.ART I SECT I: Denied right of possessing property,(as above)

*4.ART I SECT I: Denied right of defending or use property,(for
  demanding the proper return of property)

*5.ART I SECT I: Denied right of privacy,(giving information to a
  foreign agent under a guise of law)

*6.ART I SECT 2: Denied right of free speech,(for demanding a proper
  production of certain lawful papers to validate [respondents] of
  seizing Complainant Affiant's and giving it to foerign agents)

*7.ART I SECT 2: Denied right of free expression of thought,i.e.,
  write,publish,etc.,(for expression of criminal activity in an open
  forum, express in GOOD FAITH)

*8.ART I SECT 3: Denied right to redress of grieviances,(an individual
  for exposing such crime denies a right to redress of grievances in the
  forum of complaint)

*9.ART I SECT 4: Denied right of liberty of conscience,(i.e.punished
  for exercising the liberty of conscience)

*10.ART I SECT 6: Made the Plaintiff a slave or to serve government
  involuntarily(for exercising rights not criminal,forced to pay unproven
  liability, illegal conviction and sentence)

*11.ART I SECT 9: Enforced a bill of attainder,pains and penalties --
  (force to pay an unproven claim, without due process of law)

*12.ART I SECT 9: Enforced an ex post facto law, (NO LAW - ANARCHY)

*13.ART I SECT 13: ILLEGAL SEIZURE WITHOUT WARRANT -- TRESPASS --
  (Seized Complainant Affiant's property without warrant or lawful
  complaint of damages)

*14.ART I SECT 15: Denied speedy trial -- DENIED TRIAL JUDGED BY
  INDEPENDENT FORUM

*15.ART I SECT 15: Denied right of defense witnesses

*16.ART I SECT 15: Denied right of assistance of Counsel
*17.ART I SECT 15: Denied right of reasonable honest-loyal defense
*18.ART I SECT 15: Denied right of confront accuser,injured or damaged party.(Complainant Affiant is the injured party by an undocumented,proven claims against the Complainant Affiant by a foreign agent)
*19.ART I SECT 15: Deprived of liberty (freedom)
*20.ART I SECT 15: Deprived of property without due process of law
*21.ART I SECT 16: Deprived of right of trial by impartial jury (for fabricated wrongs,for which Complainant Affiant was WRONGFULLY CONVICTED AND SENTENCED TO THE STATE PRISON
*22.ART I SECT 17: Cruel or unusual punishment (for expozing a crime in the LOS ANGELES POLICE DEPARTMENT)
*23.ART I SECT 19: Private property taken for hidding
*24.ART I SECT 23: GRAND JURY, not used. (NO CRIME OR WRONG HAS BEEN PROVEN AGAINST THE COMPLAINANT AFFIANT FOR WHICH SUCH LIABILITY IS CLAIMED,AND PUNISHED FOR EXERCISE OF RIGHTS)
*25.ART I SECT 24: Denied right of due process
*26.ART I SECT 24: Denied right of equal protection
*27.ART I SECT 24: Denied speedy trial and PUBLIC TRIAL
*28.ART I SECT 24: Denied right of defense witnesses
*29.ART I SECT 24: Denied right of assistance of effective Counsel
*30.ART I SECT 24: Denied right of reasonable defense
*31.ART I SECT 24: Denied right to confront accuser,injured or damaged party at an Evidentiary Hearing
*32.ART I SECT 24: Denied right to be free of unreasonable search and seizure(willfully taking advantage on Affiant Wife and willfully giving it to another)
*33.ART I SECT 24: Cruel or unusal punishment(being punished for exposing crimes in the Kangaroo Court)
*34.ART I SECT 26: DELIBERATE,WILLFUL VIOLATION,DENIAL and REJECTION OF MANDATORY AND PROHIBITORY PROVISIONS OF THE CONSTITUTION.
*35.ART I SECT 28: DENIED Defense Exculpatory -Impeaching Phisical-Forensic Material Evidence
*36.ART II SECT 1: Usurpation of Political power(acting in Conspiracy with the LAPD, L.A.District Attorneys and City of L.A. officials outside the lawful adjudication procedure of court)

*37. ART III SECT 6: Denied right of action in the Court before acting against the Complainant Affiant.(Being found guilty of an FRAMED CRIME, punished without due process and Kidnapped Imprisoned to State Prison for time of 35 years

*38. ART

Thirty-seven (37) actions of high crimes and misdemeanors in a single count of conspiracy. All are listed as misdemeanors ($100.000).An elected officials in government doing this things be charged as felonys ($250.000) 18 USC 3571.
Subtotal of damages in Count 2: $9.250.000 (37x$250.000)

**COUNT X:** On or about June 24.2014 ,[respondents], fully and willfully ignored proper notices (Complainant Affiant's COMMERCIAL AFFIDAVIT and Notice of Commercial Grace,attached) of a crime taking place,compounding the crimes by [i.e.example: Kidnapping-Imprisoned Complainant Affiant for attempt exposing such crimes. Such action caused a permanent loss of work $468.000 compensation for at least 13 years. California Penal Code Section 153 -- compounding crimes; Section 182 -- a criminal conspiracy; Section 186 -- Rocketeering. Civil penalty is defined in 18 USC 1964 --triple damages.

By such repeated actions by [respondents] and the Agents, a criminal conspiracy is established of fraud,extortion,theft and RACKETEERING and acts of SEDITION AND TREASON.

The specified penalty (civil) damages for crimes committed are as listed on the TABLE OF CRIMES on the following pages, drawn frome the civil penalties as specified in the Criminal Codes. Underfined crimes (Constitutional violations not listed in the Criminal Code) are set by Title 18, Unitd States Criminal Code Section 3571. Felonies are set at $250.000 and misdemeanors at $100.000 for each offense by each officer or officials
Accounting of damages are tallied as follows:
/////
/////
/////
/////
/////
/////

ACCOUNTING OF DAMAGES SUSTAINED

PARTIAL TABLE OF CRIMES

| Nature of crimes | Damage Penalty | Authority of damages |
|---|---|---|
| FRAUD | $370.000 | 18 USC 1001 |
| EXTORTION | $185.000 | 18 USC 872 |
| #37 of counts of GRANT THEFT from count 3 (Felony)(18 USC 2112) no. x $250.000 | $9.250.000 | 18 USC 3571,3623 |
| CONSPIRACY | $370.000 | 18 USC 241 |
| RACKETEERING (Criminal) | $925.000 | 18 USC 1963 |
| SUBTOTAL | $11.100.000 | |

RACKETEERING (CIVIL)[Lost salary, los pay, whatever the ACTUAL DAMAGES are that can be proven multiple by 3 -- triple damages:]
$442.000 x 3 = 1.326.000  18 USC 1964

*******************

| | |
|---|---|
| 37 Constitutional violations from Count 2..... | $342.250.000 |
| Partial Table total | 11.100.000 |
| Racketeering civil penalties | $1.326.000 |
| GRAND TOTAL OF DAMAGES | $354.676.000 |

****************************************************************************

Page 13.

The undersigned Complainant Affiant, Johnny Choinski, declares under penalties of bearing a false witness, that the complaint as stated herein is true, correct and certain, now a matter of Public Record, a standard operating procedure of the conspiracy demonstrated, by personal experiance (exhibits attached)

EXHIBITS:
Commercial Affidavit
Notice of Default Affidavit of Notice.

Date: AUG 11, 2014

Respectfully Submitted,

_____
Johnny Choinski

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

_____

(C.C.P.SEC.446&20155; U.S.C.SEC.1746)

I, __JOHNNY CHOINSKI__ DECLARE UNDER THE PENALTY OF PERJURY THAT I AM THE __COMPLAINANT AFFIANT__ IN THE ABOVE ENTITLE ACTION, I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE,EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __11__ DAY OF __AUGUST__, 20 __14__, AT CALIFORNIA REHAB CENTER STATE PRISON, NORCO, CALIFORNIA 92860

(SIGNATURE) _____
(DECLARANT/PRISONER)

=======================================================================

## PROOF OF SERVICE BY MAIL
(C.C.P.SEC.1013(A)&2015.5;28 U.S.C.SEC.1746)

I, __JOHNNY CHOINSKI__, AM A RESIDENT OF CALIFORNIA REHAB CENTER STATE PRISON, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND I AM A PARTY OF THE ABOVE-ENTITLED ACTION. MY ADDRESS IS P.O.Box 1841, NORCO, CALIFORNIA 92860.
ON __AUGUST 11__, 20__14__, I SERVED THE FOREGOING:

=======================================================================
__AFFIDAVIT OF INFORMATION CRIMINAL COMPLAINT__
=======================================================================
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, IN A SEALED ENVELOPE, WITH FIRST CLASS POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIFORNIA REHAB CENTER STATE PRISON NORCO, CALIFORNIA 92860.

I SERVED THE FOLLOWING PERSON(S) ADDRESSED BELOW
U.S. DEPARTMENT OF JUSTICE
U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE.
NW 20530

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
DATE __AUGUST 11,2014__

_____
(DECLARANT/PRISONER

JOHNNY CHOINSKI;CDCR# T-70003
C.R.C.
P.O.Box 1841
NORCO, CALIF.92860

IN THE OFFICE OF THE COUNTY RECORDER

STATE OF CALIFORNIA
THE COUNTY OF LOS ANGELES

RECORDING REQUESTED BY

JOHNNY CHOINSKI

AND WHEN RECORDED MAIL TO:

JOHNNY CHOINSKI
1640 N. MILLARD AVE.
RIALTO, CA 92376-2744

================================================================

NOTICE OF DEFAULT
AFFIDAVIT OF NOTICE

TO: RICHARD M.TEFANK; INTERNAL AFFAIR GROUP ET.AL.; BRIAN CARR; REYES; MICHAEL BERCHEM; ERIC MOSHER; MAGDALENA FURMANSKI; BRIAN O'HARA; LINDA K.TRAVIS; DAVE STAUMBAUGH; GORDON OLSON; CATHRINE F.BROUGHAM; JACKIE LACEY; BREND SMITH; CHARLES CLAY; JAMES GARISON; SCOTT GOODVIN; BOB B.BOWERS;JR.; JACKOB ADAJIAN; MICHAEL M.JOHNSON; PAUL L.ABRAMS; MARGARET M.MORROW; MANUEL L.REAL; LEONARDO ROMERO; VENESSA GOULD; LEFALL; BARRY M.ORLYN; GEORGE A.QUEVEDO; RICARDO L.JAUREGUI; LEONARDO J.KLAIF; RICHARD SHUMSKY; CHARLIE BECK; SUSAN KAWALA; KELLY N.KADES; JON SHIBUJA; MICHAEL LIMON; LIDIA J.CHOINSKI-ROTKIS.

RESPONDENTS.

YOU ARE HEREBY NOTICED THAT YOU ARE IN DEFAULT OF AN OPPORTUNITY TO RESPOND TO THE COMMERCIAL AFFIDAVIT SENT TO YOU ON ___JUNE 24,2014___

BY CERTIFIED MAIL. YOU WERE GIVEN THE OPPORTUNITY TO REBUT THE CLAIMS MADE AGAINST YOU BY YOUR FAILURE TO ANSWER SAID AFFIDAVIT.

A DEFAULT JUDGMENT IS BEING SOUGHT AGAINST YOU HAVING WAIVED THE RIGHT TO ANSWER BY ACQUIESENCE, TACIT ADMISSION AND FAILURE TO CONTEST, REJECTING YOUR DUE PROCESS OPPORTUNITY.(SEE <u>RANDONE V. APPELLATE COURT, 5 C3D 536; MULLANE V. CENTRAL HANOVER TRUST CO.,U.S.306,314; SNIADACH V. FAMILY FINANCE CORP.,395 U.S.337,339; MELORICH BUILDERS V.SUPERIOR COURT,160 CAL. APP 3D 931</u>, AS ION LINE WITH CALIFORNIA CODE OF CIVIL PROCEDURE &437(C),DEFAULTS.)

IN ABSENCE OF SUCH RESPONSE, AFFIANT, JOHNNY CHOINSKI, HEREBY INSERTS AND RECORDS THIS NOTICE OF DEFAULT UPON AND AGAINST ABOVE NAMED RESPONDENT(S) PURSUANT THE CALIFORNIA CONSTITUTION ARTICLE I SECTION 1, CALIFORNIA CIVIL CODE SECTION 22.2, CALIFORNIA CIVIL PROCEDURE SECTION 437(C), CALIFORNIA PENAL CODE SECTION 9.

WHEREAS SUCH ACTIONS NOW SHALL BE TAKEN IN ACCORDANCE TO THE PROCEDURES SETTFORTH IN THE COMMERCIAL AFFIDAVIT DEFAULTED.

I, JOHNNY CHOINSKI, HAVE PERSONAL KNOWLEDGE OF THE ABOVE FACTS, AM COMPETENT TO TESTIFY TO THE ABOVE FACTS, AND DECLARE THAT THE FOREGOING IS TRUE, CORRECT AND COMPLETE UNDER THE PENALTY OF PERJURY.

DATED: _July 31,2014_ _/s/_

<u>JOHNNY CHOINSKI</u>

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

(C.C.P.SEC.446&20155; U.S.C.SEC.1746)

I, __JOHNNY CHOINSKI__ DECLARE UNDER THE PENALTY OF PERJURY THAT I AM THE __COMPLAINANT AFFIANT__ IN THE ABOVE ENTITLE ACTION, I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __31__ DAY OF __JULY__, 20__14__, AT CALIFORNIA REHAB CENTER STATE PRISON, NORCO, CALIFORNIA 92860

(SIGNATURE) _____
(DECLARANT/PRISONER)

===========================================================================

## PROOF OF SERVICE BY MAIL
(C.C.P.SEC.1013(A)&2015.5;28 U.S.C.SEC.1746)

I, __JOHNNY CHOINSKI__, AM A RESIDENT OF CALIFORNIA REHAB CENTER STATE PRISON, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND I AM A PARTY OF THE ABOVE-ENTITLED ACTION. MY ADDRESS IS P.O.BOX 1841, NORCO, CALIFORNIA 92860.
ON __JULY 31__, 20__14__, I SERVED THE FOREGOING:

===========================================================================
__NOTICE OF DEFAULT AFFIDAVIT OF NOTICE__
===========================================================================

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, IN A SEALED ENVELOPE, WITH FIRST CLASS POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIFORNIA REHAB CENTER STATE PRISON NORCO, CALIFORNIA 92860.

I SERVED THE FOLLOWING PERSON(S) ADDRESSED BELOW

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
DATE __JULY 31, 2014__
_____
(DECLARANT/PRISONER)

# LOS ANGELES POLICE DEPARTMENT



**WILLIAM J. BRATTON**
Chief of Police

**ANTONIO VILLARAIGOSA**
Mayor

P. O. Box 30158
Los Angeles, Calif. 90030
Telephone: (213) 473-4340
TDD: (877) 275-5273
Ref #: 13.5.1

October 2, 2009

CF No. 05-2370

RECEIVED
ON JULY 11, 2014

Mr. Johnny Choinsky
P.O. Box 8502
Coalinga, California 93210

Dear Mr. Choinsky:

An investigation into your complaint that was reported on February 2, 2002, regarding the conduct of employees of the Los Angeles Police Department, has been completed. The investigation has gone through several levels of review, including myself and the command staff of Internal Affairs Group. Your allegations that officers used excessive force during your arrest, arrested you without cause, and engaged in unprofessional conduct were deemed to be Out of Statute. *"The City Charter dictates that all investigations of misconduct involving city employees shall be completed within a one year statute of limitations."* Despite our efforts, we were unable to complete the investigation into those specific allegations within that statute period. Those allegations have been classified as Out of Statute and no discipline has been imposed on the involved employees per law. Please be assured that the information you provided has been communicated to the involved officers.

Thank you for bringing this issue to our attention. It is the goal of the Los Angeles Police Department to provide the highest level of quality service to every member of the community. Any questions regarding this matter may be referred to Sergeant Steve Meagher, Review and Evaluation Section, at (213) 473-4228.

Very truly yours,

WILLIAM J. BRATTON
Chief of Police

SGT *[signature]*
For

MICHAEL MORIARTY, Captain
Commanding Officer
Administrative Investigation Division
Internal Affairs Group

**LOS ANGELES POLICE DEPARTMENT**
**INTERNAL AFFAIRS GROUP**
PHONE (213) 485-4152

**Complainant:** CHOINSKY, JOHNNY

CF # 05-2370

The Internal Affairs Group of the Los Angeles Police Department has received your complaint. You will be informed of the disposition of the investigation.

Please use the CF number shown above in all future contacts regarding this complaint.

La División de Asuntos Internos (Internal Affairs Group) del Departamento de Policía de Los Angeles ha recibido su queja y debido a ello se hará una investigación. El Departamento de Policía le informara de los resultados finales de dicha investigación.

Favor de usar el numero de referencia (numero en la cajita a mano derecha de esta pagina) para cualquiera referencia futura de esta queja.

WILLIAM J. BRATTON
Chief of Police

70-01.81.2 (Rev 3/2002 CIS)

Friday, May 13, 2005